UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJA RAJENDRAN, | : | CIVIL NO. 3:22-CV-00581 |
| | : | |
| Plaintiff, | : | (Judge Mannion) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| CHRISTINE WORMUTH, Secretary of the Army, | : : | |
| | : | |
| Defendant. | : | |

## ORDER
March 29, 2024

For the reasons set forth in the memorandum opinion filed concurrently with this order, **IT IS ORDERED** that the Secretary's motion for summary judgment (*doc. 55*) is **GRANTED IN PART**, such that we grant summary judgment on the training discrimination claim and the training retaliation claim except as it relates to the August 2010 Pro/E Training, and **DENIED IN PART**, such that we deny summary judgment on all other claims. The Clerk of Court is directed not to enter judgment, however, until the case is resolved in its entirety.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge